# FAGENSON & PUGLISI, PLLC
## ATTORNEYS AT LAW

450 SEVENTH AVENUE · SUITE 704
NEW YORK, NEW YORK 10123
TEL: (212) 268-2128
FAX: (212) 268-2127

LAWRENCE M. FAGENSON
CONCETTA PUGLISI
NOVLETTE R. KIDD
─────────
LINDA V. RAMPERTAB

OF COUNSEL
STEVEN CANDELA
SCOTT G. CERBIN
ASAF A. GERMAN

January 16, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2020

The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Briu v. Healthcare Revenue Recovery Group, LLC, et al., Case No.:19-cv-07298-LGS

Dear Judge Schofield,

This office represents plaintiff in the captioned civil matter. This matter is scheduled for an initial pretrial conference on January 23, 2020. The parties jointly respectfully request a 35-day adjournment of the initial conference.

The reason for the adjournment request is that the parties are close to arriving at a settlement of this matter. They are in the process of trying to get certain signatory approvals of the settlement. Defendants' counsel are unable at this time to say exactly when those signatory approvals will be obtained but assure the undersigned that such attempts are currently on-going and approvals are expected in the coming days. Consummation will follow.

It is in order to avoid the unnecessary expenditure of scarce judicial resources and to avoid potentially scuttling the proposed settlement by the expenditure of additional legal time on litigation of the matter, that the parties are respectfully requesting the adjournment. The parties also respectfully request a consequential 28-day extension of the deadline for the filing of the pre-conference materials.

The Court's kind consideration of the foregoing request is greatly appreciated.

Respectfully Submitted,
FAGENSON & PUGLISI, PLLC

By: /s/ Novlette R. Kidd
    NOVLETTE R. KIDD, ESQ.

NRK/mdm.

Application GRANTED in part and DENIED in part.

The initial conference set for January 23, 2020, at 10:30 A.M. is adjourned to February 6, 2020, at 10:30 A.M. The pre-conference materials are due by January 30, 2020.

Dated: January 17, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE